ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 3 1 2006

CLERK, U.S. DISTRICT COURT
By _____
              Deputy
```

LONNIE GLEN SCHMIDT §
§
Petitioner, §
§
VS. §
§   NO. 3-06-CV-0731-B
§
DAN JOSLIN, Warden, §
FCI-Seagoville §
§
Respondent. §

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings

and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. §

636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are

correct and they are hereby accepted as the Findings of the Court.

SO ORDERED this 31st day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE